# United States District Court
## Eastern District of Tennessee

UNITED STATES OF AMERICA
v.
DWIGHT WADE SEATON
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: 3:92-CR-085-1

Bobby E. Hutson, Jr.
Defendant's Attorney

**THE DEFENDANT:**
[✓]   admitted guilt to violation of conditions 1-5 of the term of supervision.
[ ]   was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations;

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|

See next page.
       The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the

Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

       IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

December 10, 2014
Date of Imposition of Sentence

s/Thomas W. Phillips
Signature of Judicial Officer

THOMAS W. PHILLIPS, United States District Judge
Name & Title of Judicial Officer

December 10, 2014
Date

CASE NUMBER: 3:92-CR-085-1
DEFENDANT: DWIGHT WADE SEATON

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | The defendant committed a state crime while on supervised release. | prior to June 21, 2011 |
| 2 | The defendant failed to notify the probation officer within seventy-two hours of being arrested. | June 29, 2012 |
| 3 | The defendant failed to report to the probation officer as directed and failed to submit a truthful and complete written report within five days of each month. | June 2012<br>July 2012<br>August 2012<br>September 2012 |
| 4 | The defendant failed to follow the instructions of the probation officer. | August 2012<br>September 2012<br>October 2012 |
| 5 | The defendant did frequent places where controlled substances were illegally sold, used, distributed, or administered. | prior to June 21, 2011 |

DEFENDANT: DWIGHT WADE SEATON
CASE NUMBER: 3:92-CR-085-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **36 months** with no term of supervised release to follow.

[✓] The court makes the following recommendations to the Bureau of Prisons:

The defendant be designated to the Bureau of Prisons' facility at McCreary, KY.

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
 [ ] at ___ [ ] a.m. [ ] p.m. on ___.
 [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
 [ ] before 2 p.m. on ___.
 [ ] as notified by the United States Marshal.
 [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL